DAVID A. HUBBERT
Deputy Assistant Attorney General

ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2380 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov
*Counsel for the United States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>MARTHA MONDANI,<br><br>           Defendant. | Case No. 2:19-CV-00495-MCE-AC<br><br>**ORDER SUBSTITUTING PARTY** |

Before the Court is the stipulation (ECF No. 19) of plaintiff, the United States of America, and Daniel Mondani, as Successor Trustee of the Donald & Martha Mondani Family Trust Dated August 31, 2015, and as successor-in-interest or distributee of Martha Mondani or the Estate of Martha Mondani. For the reasons stated in the stipulation and for good cause being shown, the Court GRANTS the stipulation.

Daniel Mondani, as Successor Trustee of the Donald & Martha Mondani Family Trust Dated August 31, 2015, and as successor-in-interest or distributee of Martha Mondani or the Estate of Martha Mondani shall be substituted as defendant in this case. The case caption shall list the new defendant as: "Daniel Mondani, as Successor Trustee of the Donald & Martha

1  Mondani Family Trust Dated August 31, 2015 and as successor-in-interest and distributee of

2  Martha Mondani and/or the Estate of Martha Mondani."

3       IT IS SO ORDERED.

5  Dated:  November 20, 2022

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE