DAVID A. HUBBERT
Deputy Assistant Attorney General

ALEXANDER E. STEVKO
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-616-2380 (v)
202-307-0054 (f)
Alexander.Stevko@usdoj.gov
*Counsel for the United States*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

　　　　Plaintiff,

　　v.

DANIEL MONDANI, as Successor Trustee of
the Donald & Marth Mondani Family Trust
Dated August 31, 2015 and as successor-in-
interest and distributee of Martha Mondani
and/or the Estate of Martha Mondani,

　　　　Defendant.

Case No. 2:19-CV-00495-TLN-AC

**STIPULATED MOTION FOR ENTRY
OF JUDGMENT; ORDER**

　　　　Plaintiff, the United States of America, and defendant, Daniel Mondani, as Successor

Trustee of the Donald & Marth Mondani Family Trust Dated August 31, 2015 and as successor-

in-interest and distributee of Martha Mondani and/or the Estate of Martha Mondani, stipulate and

move for entry of judgment as follows:

　　　　1. The parties request that the Court enter judgment against Defendant Mondani solely in

his capacity as successor-in-interest and distributee of Martha Mondani and/or the Estate of

Martha Mondani, and in favor of the United States, in the amount of $268,846.86 as of July 31,

2024. This amount represents the balance owed for tax years 2004-2007. This amount will accrue interest in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621 from July 31, 2024, until fully paid.

2. The parties agree that this entry of judgment resolves all claims between the United States and Daniel Mondani, as Successor Trustee of the Donald & Marth Mondani Family Trust Dated August 31, 2015 and as successor-in-interest and distributee of Martha Mondani and/or the Estate of Martha Mondani.

3. The parties shall bear their own fees and costs.

4. The parties request that the Court grant this motion and enter the proposed judgment consistent with this stipulated motion.


Dated July 31 , 2024                          DAVID A. HUBBERT
                                              Deputy Assistant Attorney General

                                              /s/ *Alexander Stevko*
                                              ALEXANDER E. STEVKO
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              *Counsel for the United States*

Dated July 31, 2024                           /s/ *Darren Pluth* (with permission)
                                              DARREN PLUTH
                                              *Attorney for DANIEL MONDANI, as
                                              Successor Trustee of the Donald & Marth
                                              Mondani Family Trust Dated August 31,
                                              2015 and as successor-in-interest and
                                              distributee of Martha Mondani and/or the
                                              Estate of Martha Mondani*

IT IS SO ORDERED.

Dated: August 2, 2024

_____
Troy L. Nunley
United States District Judge