UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>DANIEL MONDANI, as Successor Trustee of the Donald & Marth Mondani Family Trust Dated August 31, 2015 and as successor-in-interest and distributee of Martha Mondani and/or the Estate of Martha Mondani,<br><br>  Defendant. | Case No. 2:19-CV-00495-TLN-AC<br><br>**JUDGMENT** |

In accordance with the order granting the parties' stipulated motion for entry of judgment, and pursuant to Federal Rule of Civil Procedure 58(a), the following Final Judgment is entered. It is

ORDERED that Judgment is entered against defendant Daniel Mondani, as successor-in-interest and distributee of Martha Mondani and/or the Estate of Martha Mondani, and in favor of

the United States in the amount of $268,846.86 as of July 31, 2024. This amount represents the balance owed for tax years 2004-2007. This amount will accrue interest in accordance with 28 U.S.C. § 1961(c)(1) and 26 U.S.C. §§ 6601 and 6621 from July 31, 2024 until fully paid.

ORDERED that the parties shall bear their own fees and costs.

IT IS SO ORDERED.

DATE: August 5, 2024

FOR THE COURT:
Keith Holland, Clerk

By: _____
Deputy Clerk